[No. 45255-3-II.   Division Two.   October 27, 2015.]

KRISTEY L. RICKEY ET AL., *Respondents*, v. MICHAEL B. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-10227-6, Thomas P. Larkin, J., entered August 8, 2013. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Gordon McCloud, J. Pro Tem., concurred in by Bjorgen, A.C.J., and Melnick, J.

[No. 46105-6-II.   Division Two.   October 27, 2015.]

RONALD AUER ET AL., *Appellants*, v. J. ROBERT LEACH ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-2-03105-3, Beth M. Andrus, J., entered February 21, 2014. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Bjorgen, A.C.J., concurred in by Lee and Sutton, JJ.

[No. 46328-8-II.   Division Two.   October 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY DEAN WEATHERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-1-00014-8, Suzan L. Clark, J., entered May 29, 2014. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Melnick, J.